FILED

FEB 27 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| CLAYTON JAMES McCLOSKEY,<br><br>Plaintiff,<br><br>vs.<br><br>BIG SKY SENIOR LIVING ON WATERFORD WAY, WATERFORD OPERATING, LLC, and JOHN & JANE DOES 1 - 5,<br><br>Defendants. | No. CV-17-91-BU-SEH<br><br>ORDER |

On January 29, 2018, the Court issued an order requiring, *inter alia*, that each party file a preliminary pretrial statement on or before February 23, 2018, and that the statements "identify each individual and include each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii) and in L.R. 16.2(b)(1)."[1]

---

[1] Doc. 16 at 3.

-1-

On February 26, 2018, Plaintiff filed its Preliminary Pretrial Statement.[2] In addition to being filed three days after the deadline set in the Court's January 29, 2018, Order, Plaintiff's filing contains the following deficiencies:

1. It does not include the identification of "documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses," as listed in Federal Rule of Civil Procedure 26(a)(1)(A)(ii) and thus required by the Court's January 29, 2018, Order.

2. It does not include the "city and state of current residence of each individual known or believed to have information that may be used in proving or denying any party's claims or defenses" as required by L.R. 16.2(b)(1)(J) and the Court's January 29, 2018, Order. Nor did Plaintiff's filing include "if known, the address and telephone number" of such individuals, as listed in Federal Rule of Civil Procedure 26(a)(1)(A)(i) and thus required by the Court's January 29, 2018, Order and L.R. 16.2(b)(1)(J).

ORDERED:

Necessary and appropriate revisions to Plaintiff's preliminary pretrial statement to address the deficiencies outlined in paragraphs 1 and 2 above shall be

---

[2] Doc. 20.

filed and served by Plaintiff on or before March 2, 2018.

DATED this 27th day of February, 2018.

*[signature: Sam G Haddon]*

SAM E. HADDON
United States District Judge