
FILED

MAY 09 2019

Clerk, U S District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| CLAYTON JAMES McCLOSKEY,<br><br>Plaintiff,<br><br>vs.<br><br>WATERFORD OPERATING, LLC, d/b/a BIG SKY SENIOR LIVING on WATERFORD WAY,<br><br>Defendants. | No. CV-17-91-BU-SEH<br><br>ORDER |

The parties having filed a Joint Stipulation for Dismissal with Prejudice,

ORDERED:

1. The show cause hearing set for May 10, 2019, is VACATED.

2. This case is DISMISSED with prejudice. The clerk shall close the case.

DATED this 9th day of May, 2019.

SAM E. HADDON
United States District Judge